**SUPERIOR DIVING COMPANY, INCORPORATED, Plaintiff**

v.

**Jay WATTS, Defendant–Third Party Plaintiff–Counter Claimant–Appellee**

v.

**Newton B. Schwartz, Sr., Third Party Defendant–Counter Defendant–Appellant.**

**Jay Watts, Plaintiff–Appellee**

v.

**Newton B. Schwartz, Sr., Defendant–Third Party Plaintiff–Appellant.**

No. 12–30131.

United States Court of Appeals, Fifth Circuit.

Dec. 10, 2012.

Newton Boris Schwartz, Sr., Houston, TX, pro se.

Robert O. Homes, Jr., Esq., Law Office of Robert O. Homes, Gulfport, MS, for Defendant–Third Party Plaintiff–Appellee.

William Everard Wright, Jr., Esq., Deutsch, Kerrigan & Stiles, L.L.P., New Orleans, LA, for Third Party Defendant–Appellee.

---

**31.** *Id.* at 816–17.

**32.** *Coghlan v. Starkey,* 852 F.2d 806, 814 (5th Cir.1988) (internal quotation marks and citation omitted).

294

Before BARKSDALE, DENNIS, and GRAVES, Circuit Judges.

PER CURIAM: *

On joint oral motion presented in open court on December 6, 2012, premised on the parties' having settled this matter, IT IS ORDERED that the appeal is DISMISSED. *See* 5TH CIR. R. 42.1. Costs are taxed against Appellant. *See* FED. R.APP. P. 39(a)(1). IT IS FURTHER ORDERED that all outstanding motions are DENIED as moot.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.